UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID STEPHEN MIDDLETON,<br><br>　　　　　　　　　Petitioner,<br>v.<br><br>TIMOTHY FILSON, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 3:09-cv-00638-KJD-WGC<br><br>ORDER |

On January 18, 2018, petitioner filed a motion to continue stay and abeyance. ECF No. 139. Petitioner asks the court to continue the stay of this habeas corpus proceeding pending his exhaustion of the claims contained in a state court post-conviction petition filed on August 18, 2014. Respondents have filed a response to the motion indicating that they do not oppose it. ECF No. 146.

IT IS THEREFORE ORDERED that petitioner's motion to continue stay and abeyance (ECF No. 139) is GRANTED. The stay in this proceeding shall remain in effect subject to the conditions set forth in this court's order of September 19, 2011 (ECF No. 115).

DATED THIS 29 day of March, 2018.

　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1